1 NEIL F. MARTIN (SBN: 41677)
JOHN L. HALLER (SBN: 61392)
2 PATRICIA LEE-GULLEY (SBN: 144962)
GORDON & REES LLP
3 101 W. Broadway
Suite 2000
4 San Diego, CA 92101
Telephone: (619) 696-6700
5 Facsimile: (619) 696-7124

6 Attorneys for ANDRIE F. GRIMAUD & MICHAEL R. MARQUARDT

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOR-MOR OF CYPRESS, L.P., a California limited partnership<br><br>                Plaintiff,<br><br>  vs.<br><br>GAK, LLC, a California limited liability company; OPTIVEST NSA HOLDINGS, LLC, a California limited liability Company; ANDRIE F. GRIMAUD, a natural person; MICHAEL R. MARQUARDT, a natural person<br><br>                Defendant. | CASE NO.<br><br>Originally filed in the Superior Court for the State of California, County of Orange,<br>Case No. 30-2015-00773396-CU-BT-CJC<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441(a) and 1446(b)**<br><br>Date:<br>Time:<br>Dept:<br>Judge:<br><br>Complaint filed: February 25, 2015 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendants ANDRIE F. GRIMAUD and MICHAEL R. MARQUARDT ("Defendants) hereby removes to this Court the state court action described below.

    1.    On February 25, 2015, an action was commenced in the Superior Court of the State of California in and for the County of Orange ("Orange County Superior Court"), entitled *Store-Mor Of Cypress, L.P., a California limited*

-1-
NOTICE OF REMOVAL OF ACTION

1 *partnership v. GAL, LLC, a California limited liability company; OPTIVEST NSA*
2 *HOLDINGS, LLC, a California limited liability company, ANDRIE F. GRIMAUD,*
3 *a natural person; MICHAEL R. MARQUARDT, a natural person; and DOES 1*
4 *through 10, inclusive*, as Case No. 30-2015-00773396-CU-CT-CJC.  A true and
5 correct copy of the complaint is attached hereto as Exhibit A.

6     2.    The first date upon which Defendants obtained a copy of said
7 complaint was March 3, 2015, when Defendants, after receiving notice of
8 Plaintiff's Application for Temporary Restraining Order, obtained it from court
9 records.  To date, Defendants' have not been formally served with either the
10 complaint and summons.  True and correct copies of the complaint obtain from
11 court records is attached hereto as Exhibit B.  Defendant attended the Superior
12 court Temporary Restraining Order hearing on March 5, 2015.  The Temporary
13 Restraining Order was denied and continued to March 10, 2015.  A copy of the Ex
14 Parte Application for Temporary Restraining Order and Motion for Preliminary
15 Injunction are included in Exhibit A.

16     3.    This Notice of Removal is timely in that it is filed within thirty (30)
17 days of service of the Complaint.   Defendant obtained a copy of the complaint
18 from received its first notice of the fact indicating that the case was removable
19 within the meaning of 28 U.S.C. §§ 1441(a) and 1446(b).

20 **BASIS FOR REMOVAL**

21     4.    This action is a civil action over which this Court has original
22 jurisdiction under U.S.C. § 1331, and is one which may be removed to this court
23 by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that the action
24 arises under Section 43 of the Lanham Act and alleges claims for trademark
25 cancelation of a federal incontestable registered mark.  Plaintiff include claims
26 based on the alleged infringement and misuse of the following marks:  "Stor-Mor;
27 Self Storage and Design", Trademark Registration Number 3254674.
28 ///

**Gordon & Rees LLP**
101 W. Broadway Suite 2000
San Diego, CA 92101

5. This action may be removed in its entirety pursuant to 28 U.S.C. § 1441.

6. The Orange County Superior Court is located within the Southern Division of the Central District of California. 28 U.S.C. § 84(c)(3). This venue is proper pursuant to 28 U.S.C. § 1391. This Notice of Removal is therefore properly filed in this Court pursuant to 28 U.S.C. § 1441(a).

7. In accordance with 28 U.S.C. § 1446(d), Defendant is serving Plaintiffs with a copy of a Notice to Plaintiff of Filing of Notice of Removal of Action pursuant to 28 U.S.C. §§ 1441(a) and 1446(b). A true and correct copy of this Notice to Plaintiff is attached hereto as Exhibit D.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant is also filing in the Orange County Superior Court, and has served the same upon Plaintiffs, a Notice to Superior Court of Filing of Removal of Action Pursuant to 28 U.S.C. §§ 1441(a) and 1446(b). A true and correct copy of this Notice to Superior Court is attached hereto as Exhibit E.

WHEREFORE, Defendant hereby removes this action now pending against it in the Superior Court of the State of California for the County of Orange to this Honorable Court, and request that his Court retain jurisdiction for all further proceedings.

Respectfully submitted,

Dated: GORDON & REES, LLP

By: _____
Neil F. Martin
John L. Haller
Patricia Lee-Gulley
Attorney for Defendants
ANDRIE F. GRIMAUD AND
MICHAEL R. MARQUARDT

-3-
NOTICE OF REMOVAL OF ACTION

The following Exhibits are normally associated with a Request for Removal.  The status of each is indicated below:

Ex. A  Complaint- Complaint as filed (downloaded from the court) is attached.

Ex. B Summons- No summons was served on any of the Defendants and no return of service was filed with the court.  However, the Superior Court Judge set a time for the TRO hearing and State Court rules provide for that possibility in "exceptional" circumstances.  Defendant's attorney attended the hearing but made it clear he was Appearing Specially because no service had been made.  Therefore, the Superior Court lacks jurisdiction because no service was made and no General Appearance was made by counsel.   However, since the court is proceeding with a second TRO hearing removal is especially necessary because of the prejudice to the Defendants.

Ex. C- Corporation Service Company Notice of Service of Process- None

Ex  D-  Notice to Plaintiffs was provided by letter and fax forwarding the Notice of Removal Action filed herein to Plaintiff's counsel (copy of Notice attached).

Ex. E Notice to Superior Court of Filing of Removal (attached)